IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs | CASE NO. 4:06cr0334-01 JMM | |
| FREDERICK STACEY | | DEFENDANT |

## ORDER

Defendant appeared February 21, 2014, on the motion to revoke supervised release [51]. With agreement by the parties, the motion to revoke is denied and conditions are modified.

Following Defendant's term of imprisonment in the Arkansas Department of Corrections, Defendant shall be placed in a residential substance abuse treatment program for a period of thirty (30) days, as directed by the United States Probation Office. Upon successful completion, Defendant shall complete six (6) months chemical free living. All other conditions remain in full force and effect.

Defendant is warned that any violations of supervised release will result in a show cause hearing as to why his release should not be revoked.

Defendant is remanded to the custody of the United States Marshals Service.

The Clerk is requested to provide a copy of this Order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED this 25th day of February, 2014

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE